*E-Filed 9/15/11*

1  MELINDA HAAG  (CABN 132612)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
   Tax Division
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7000
       Fax: (415) 436-7009
7      cynthia.stier@usdoj.gov

8  Attorneys for the United States of America

9          IN THE UNITED STATES DISTRICT COURT FOR THE

10              NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12 FIRST AMERICAN TRUSTEE SERVICE,     )
                                        )   No. CV 11-2221 RS
13              Plaintiff,              )
                                        )
14      v.                              )
                                        )
15                                      )   STIPULATION and
                                        )   [proposed] ORDER
16 119 KATHY COURT, UNION CITY          )
   CALIFORNIA, 94587, et al.,           )
17                                      )
                                        )
18              Defendants.             )
   _____)

19      The parties, First American Trustee Servicing Solutions, and Defendants, United States

20 of America; Ford Motor Credit, and Rebecca Taliaferro, hereby stipulate, subject to the Court's

21 approval, as follows:

22      1.      This action, in the nature of an interpleader, was filed by First American Trustee

23 Servicing Solutions, as Trustee of the foreclosure sale of 119 Kathy Court, Union City,

24 California.

25      2.      The funds at issue are $63,666.71, which are the funds remaining after payment

26 of costs associated with the foreclosure sale, including payment of the first deed of trust.

27      3.      First American Trustee Servicing Solutions, as Trustee, deducted costs associated

28 with the sale in the amount of $2,501.50, along with an attorney's fee in the amount of

$1,110.00, and deposited the remaining sales proceeds, in the amount of $60,055.21, with the Clerk of Court in Alameda County, California, in November 2010.

4.    The competing claimants to the interpled funds are the United States of America on behalf of its agency, the Internal Revenue Service;  Paul Mansford, Chapter 7 Trustee;  Ford Motor Credit Company;  Rebecca Taliaferro; Professional Collection Consultants;  and the California State Franchise Board.

5.    Defendant, Rebecca Taliaferro, is a debtor in a pending bankruptcy case filed under Chapter 7 of the Bankruptcy Code (11 U.S.C.).  In re: Rebeca Taliaferro, Case No. 09-44577-EDJ (Bankr. N.D. Calif.).

6.    Defendant, Rebecca Taliaferro, will file an adversary proceeding in the bankruptcy court to determine the validity, extent and priority of the interests of the parties in and to the interpled funds.  Said adversary proceeding will be filed within thirty days from entry of this Order.

7.    That the funds interpled into the registry of the state court, as described in paragraph 3, above, be held pending further order of this Court.

8.    That First American Trustee Servicing Solutions, as Trustee, pay the $1,110.00 withheld as an attorney's fee to the Clerk of Court for the Northern District of California.

9.    That upon deposit of the $1,110.00 as set forth in paragraph 8, above, First American Trustee Servicing Solutions, as Trustee, who is not a stakeholder in the action, should be dismissed as a party herein.

//

//

//

First American Trustee Service v.
119 Kathy Court, et al., Case No. CV 11-2221 RS,
Stipulation and [proposed] Order

10.     That this action is stayed pending the disposition of the adversary proceeding in the bankruptcy court.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: _September 15, 2011_ :                    _/s/ Cynthia Stier_
                                                CYNTHIA STIER
                                                Assistant U.S. Attorney

                                                Attorneys for the United States of America

Dated: _September 15, 2011_ :                   _/s/ Robin Wright_
                                                ROBIN PREMA WRIGHT
                                                Attorney for First American Trustee
                                                Servicing Solutions

Dated: : _September 15, 2011_:                  _/s/ Robert Scott Kennard_
                                                ROBERT SCOTT KENNARD
                                                Attorney for Ford Motor Credit

Dated: _September 15, 2011_ :                   _/s/ Sandra Banks_
                                                SANDRA BANKS
                                                Attorney for Rebecca Taliaferro

## ORDER

Pursuant to the Stipulation of the Parties, it is hereby ORDERED, ADJUDGED and DECREED, as follows:

That the funds interpled into the registry of the state court, be held pending further order of this Court;

That First American Trustee Servicing Solutions, as Trustee, pay the $1,110.00 withheld as an attorney's fee to the Clerk of Court for the Northern District of California;

That upon deposit of the $1,110.00 as set forth above, First American Trustee Servicing Solutions, is dismissed as a party to this action;

First American Trustee Service v.
119 Kathy Court, et al., Case No. CV 11-2221 RS**,**
Stipulation and [proposed] Order

3

1    That this case is stayed pending further order by this Court;

2    A case management conference is scheduled for February 16, 2012, at 10:00.

3

4    Dated:__ 9/15/11 _____    _____

5                                 HONORABLE RICHARD SEEBORG
                                  UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   First American Trustee Service v.
     119 Kathy Court, et al., Case No. CV 11-2221 RS,
     Stipulation and [proposed] Order

                                  4