1 | MELINDA HAAG  (CABN 132612)
United States Attorney
2 | THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
3 | Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
4 | Assistant United States Attorney
Tax Division
5 |   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6 |   Telephone: (415) 436-7000
    Fax: (415) 436-7009
7 |   cynthia.stier@usdoj.gov

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FIRST AMERICAN TRUSTEE SERVICE,** | ) |
| **Plaintiff,** | ) No. CV 11-2221 RS |
| v. | ) |
| | ) **STIPULATION and** |
| | ) [~~proposed~~] **ORDER** |
| **119 KATHY COURT, UNION CITY CALIFORNIA, 94587, et al.,** | ) |
| **Defendants.** | ) |

   The parties, First American Trustee Servicing Solutions, and Defendants, United States of America; Ford Motor Credit, and Rebecca Taliaferro, hereby stipulate, subject to the Court's approval, as follows:

   1.   This action, in the nature of an interpleader, was filed by First American Trustee Servicing Solutions, as Trustee of the foreclosure sale of 119 Kathy Court, Union City, California.

   2.   The funds at issue are $63,666.71, which are the funds remaining after payment of costs associated with the foreclosure sale, including payment of the first deed of trust.

   3.   First American Trustee Servicing Solutions, as Trustee, deducted costs associated with the sale in the amount of $2,501.50, along with an attorney's fee in the amount of

1 | $1,110.00, and deposited the remaining sales proceeds, in the amount of $60,055.21, with the
2 | Clerk of Court in Alameda County, California, in November 2010.

3 |   4.  The competing claimants to the interpled funds are the United States of America
4 | on behalf of its agency, the Internal Revenue Service;  Paul Mansford, Chapter 7 Trustee;  Ford
5 | Motor Credit Company;  Rebecca Taliaferro; Professional Collection Consultants;  and the
6 | California State Franchise Board.

7 |   5.  Defendant, Rebecca Taliaferro, is a debtor in a pending bankruptcy case filed
8 | under Chapter 7 of the Bankruptcy Code (11 U.S.C.).  In re: Rebeca Taliaferro, Case No. 09-
9 | 44577-EDJ (Bankr. N.D. Calif.).

10 |   6.  Defendant, Rebecca Taliaferro, will file an adversary proceeding in the
11 | bankruptcy court to determine the validity, extent and priority of the interests of the parties in
12 | and to the interpled funds.  Said adversary proceeding will be filed within thirty days from entry
13 | of this Order.

14 |   7.  That the funds interpled into the registry of the state court, as described in
15 | paragraph 3, above, be held pending further order of this Court.

16 |   8.  That First American Trustee Servicing Solutions, as Trustee, pay the $1,110.00
17 | withheld as an attorney's fee to the Clerk of Court for the Northern District of California.

18 |   9.  That upon deposit of the $1,110.00 as set forth in paragraph 8, above, First
19 | American Trustee Servicing Solutions, as Trustee, who is not a stakeholder in the action, should
20 | be dismissed as a party herein.

21 | //
22 | //
23 | //

28 | First American Trustee Service v.
119 Kathy Court, et al., Case No. CV 11-2221 RS**,**
Stipulation and [proposed] Order

10. That this action is stayed pending the disposition of the adversary proceeding in the bankruptcy court.

                          Respectfully submitted,

                          MELINDA HAAG
                          United States Attorney

Dated: *September 15, 2011* :         */s/ Cynthia Stier*
                          CYNTHIA STIER
                          Assistant U.S. Attorney

                          Attorneys for the United States of America

Dated: *September 15, 2011* :         */s/ Robin Wright*
                          ROBIN PREMA WRIGHT
                          Attorney for First American Trustee Servicing Solutions

Dated: : *September 15, 2011*:        */s/ Robert Scott Kennard*
                          ROBERT SCOTT KENNARD
                          Attorney for Ford Motor Credit

Dated: *September 15, 2011* :         */s/ Sandra Banks*
                          SANDRA BANKS
                          Attorney for Rebecca Taliaferro

## **ORDER**

Pursuant to the Stipulation of the Parties, it is hereby ORDERED, ADJUDGED and DECREED, as follows:

That the funds interpled into the registry of the state court, be held pending further order of this Court;

That First American Trustee Servicing Solutions, as Trustee, pay the $1,110.00 withheld as an attorney's fee to the Clerk of Court for the Northern District of California;

That upon deposit of the $1,110.00 as set forth above, First American Trustee Servicing Solutions, is dismissed as a party to this action;

First American Trustee Service v.
119 Kathy Court, et al., Case No. CV 11-2221 RS**,**
Stipulation and [proposed] Order

1 | That this case is stayed pending further order by this Court;

2 | A case management conference is scheduled for February 16, 2012, at 10:00.

4 | Dated: 9/15/11                                    _____
                                                    HONORABLE RICHARD SEEBORG
5 |                                                  UNITED STATES DISTRICT JUDGE

28 | First American Trustee Service v.
119 Kathy Court, et al., Case No. CV 11-2221 RS,
Stipulation and [proposed] Order

4