MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
 11th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone:   (415) 436-7000
 Fax:              (415) 436-7009

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FIRST AMERICAN TRUSTEE SERVICE,<br><br>    Plaintiff,<br><br>    v.<br><br>119 KATHY COURT, UNION CITY CALIFORNIA, 94587, et al.,<br><br>    Defendants. | No. CV 11-2221 RS<br><br>STIPULATION FOR DISTRIBUTION OF FUNDS and [proposed] DISTRIBUTION ORDER |

The United States of America, and First American Trustee Servicing Solutions k/k/a First American Loanstar Trustee Services, Paul J. Mansdorf Chapter 7 Bankruptcy Trustee, Ford Motor Credit Company, State of California Franchise Tax Board, Professional Collection Consultants, by and through their undersigned attorneys hereby  hereby stipulate and agree, subject to this Court's approval, as follows:

(1)    A foreclosure sale of real property located at 119 Kathy Court, Union City, California, was held on December 11, 2009.  The proceeds from the sale were greater than the debt owed to the foreclosing party, thereby generating surplus funds to be paid to the remaining creditors with judgment liens and tax liens.

(2)    On or about November 3, 2010, Plaintiff, First America Trustee Servicing Solutions filed a Notice of Intent to Deposit Funds with the Superior Court of the State of

1  California in First American Trustee Service v. 119 Kathy Court, Union City, California, 94587,
2  et al., Case No. RG10545101.  First American Trustee Service thereafter deposited a check
3  representing the surplus funds with the Superior Court of California, Alameda County, and the
4  Clerk of Court deposited the sum of $60,055.21.

5      (3)    Pursuant to 28 U.S.C. §1441, et. seq., the United States of America removed this
6  action, First American Trustee Service v. 119 Kathy Court, Union City, California, 94587, et al.,
7  Case No. RG10545101, from the Superior Court to the United States District Court for the
8  Northern District of California. First American Trustee Service v. 119 Kathy Court, Union City,
9  California, 94587, et al., Case No. 11-2221-RS.

10     (4)    By Order filed February 9, 2012, the United States District Court for the Northern
11 District of California, ordered the sum of $1,100 in additional surplus funds to be deposited into
12 the registry of the Court for the Northern District of California, in this action.

13     (5)    The parties stipulate and agree, that the proceeds deposited with the Superior
14 Court of the State of California, Alameda County, in the amount of $60,055.21, plus any earned
15 interest, is to be paid to the following parties in the priority positions listed below:

16     a. First priority to Professional Collection Consultants, 6700 S. Centinela Blvd.,
17 3rd Floor, Culver City, CA 90230, in satisfaction of its Judgment evidenced by the abstract of
18 judgment recorded June 2, 2000, in Alameda County CA, in the principal sum of $6,873.35,
19 which in includes accrued interest calculated through May 15, 2012, plus interest accruing
20 thereafter at a daily rate of $ .90 (ninety cents).

21     b. Second priority to Ford Motor Credit, in satisfaction of its Judgment
22 evidenced by its Abstract of Judgment recorded April 21, 2005, in Alameda County, CA, in the
23 principal sum of $21, 065.55, which includes accrued interest, calculated through December 11,
24 2009, plus interest accruing at a daily rate of $ 5.77.

25     c. The United States of America is in third priority position with respect to the
26 following tax liens: (1)  the 2001 federal tax liability of Marcos Rocha assessed on August 1,
27 2005, in the amount of $21, 950.80, which includes accrued interest through April 30, 2012,
28 secured by a Notice of Federal Tax Lien recorded in Alameda County, CA on July 1, 2009;

Stip For Distribution of Funds & [proposed]
Distribution Order C-11-2221-RS    2

(2) the 2002 income tax liability of Marcos Rocha assessed on August 29, 2005 and February 19, 2007, in the amount of $16,164.92, which includes accrued interest through April 30, 2012, secured by a Notice of Federal Tax Lien recorded in Alameda County, CA on July 10, 2007; and (3) the 2003 income tax liability of Marcos Rocha, assessed October 16, 2006, in the amount of $44,556.65, which includes accrued interest through April 30, 2012, secured by a Notice of Federal Tax Lien recorded in Alameda County, CA on February 2, 2007.

(6)   The United States hereby requests the return of any registry fees charged against the registry funds and requests that this amount be included in the funds disbursed to the United States.

(7)   Pursuant to Rule 22 of the F.R.C.P. and 28 U.S.C. §2361, Plaintiff shall be discharged from any and all liability with respect to the claims of the parties herein in and to the interpled funds.

(8)   Upon payment of the funds pursuant to this Court's Order, the parties request that this suit be dismissed, each party to bear its own costs, including attorney's fees.

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/ Cynthia Stier
CYNTHIA L. STIER
Assistant United States Attorney
Tax Division

KAMALA D. HARRIS
Attorney General of the
State of California

 /s/ Carissa Lynch
CARISSA LYNCH
Tax Counsel III
For the California Franchise Tax Board
Phone: 916-845-7835

//

//

//

Stip For Distribution of Funds & [proposed]
Distribution Order C-11-2221-RS                        3

/s/ Madeline Lee
ROBIN PREMA WRIGHT, Esq.
MADELEINE K. LEE, Esq.
Attorneys Trustee, First American Trustee Servicing Solutions
Phone: 949-474-5050

/s/ Scott Kennard
ROBERT SCOTT KENNARD
Attorney for Ford Motor Credit Co.
Phone: 916-920-2295

/s/ Robert Henry
ROBERT F. HENRY, Esq.
Attorney for Professional Collection Consultants
Phone: 310-391-0800

/s/ Paul Mansdorf
PAUL J. MANSDORF
Chapter 7 Trustee
1563 Solano Ave., Apt. 703
Berkeley, CA 94704

**ORDER**

Pursuant to the Stipulation by the Parties herein, it is HEREBY ORDERED, ADJUDGED and DECREED as follows:

That the Clerk of the Court for the Superior Court of California, Alameda County, is directed to make the following payments from the $60,055.21, deposited into the registry of the Court in <u>First American Trustee Service v. 119 Kathy Court, Union City, California, 94587, et al.</u>, Case No. RG10545101, as follows:

a. First priority to Professional Collection Consultants, 6700 S. Centinela Blvd., 3rd Floor, Culver City, CA 90230, in satisfaction of its Judgment evidenced by the abstract of judgment recorded June 2, 2000, in Alameda County CA, in the principal sum of $6,873.35, which in includes accrued interest calculated through May 15, 2012, plus interest accruing thereafter at a daily rate of $ .90 (ninety cents).

1    b.  Second priority to Ford Motor Credit, in satisfaction of its Judgment evidenced by its
2 Abstract of Judgment recorded April 21, 2005, in Alameda County, CA, in the principal sum of
3 $21, 065.55, which in includes the amount of a judgment and accruals, including interest,
4 calculated through December 11, 2009, plus interest accruing at a daily rate of $ 5.77.
5    c.  The United States of America is next in priority for a tax assessment for the 2001
6 federal tax liability of Marcos Rocha assessed on August 1, 2005, in the amount of $21, 950.80,
7 computed through April 30, 2012, then for the 2002 income tax liability of Marcos Rocha
8 assessed on August 29, 2005, in the amount of $16,164.92, computed through April 30, 2012;
9 and the 2003 income tax liability of Marcos Rocha, in the amount of $44,556.65, computed
10 through April 30, 2012, plus any earned interest.
11    IT IS FURTHER ORDERED that the Clerk of Court for the Northern District of
12 California, is to pay the sum of $1,100, plus earned interest to the United States of America in
13 partial satisfaction of its tax liens as set forth in the Stipulation;
14    That any registry fees charged against the registry funds be included in the funds
15 disbursed to the United States.
16    Upon payment of the funds pursuant to this Order, this action is dismissed, each party to
17 bear its own costs, including attorney fees.
18    IT IS SO ORDERED this __20th_____ day of _ June _____, 2012.

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE